27 F.3d 559
 Tulam (Daud Obika), Kafele (Ajamu U.), Wahaki (Hatari N.),
Ukawabutu (Rumiejah), a/k/a Curry (Rudolph),
Saxton (Toyce), Fisher (L. Royal), Fritz
(David), Singletary (Leon)
v.
Beyer (Howard L.), Ballai (Elaine W.), Turner (Anthony C.),
Morton (Willis), Barbo (James F.)
 NO. 93-5350
 United States Court of Appeals,
Third Circuit.
 May 27, 1994
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.